Brad BOUTIN, on behalf of Christian Boutin Estate, individually and as administrator, Plaintiff–Appellant

v.

WESTCHESTER FIRE INSURANCE COMPANY, Defendant–Appellee.

No. 11–30062.

United States Court of Appeals, Fifth Circuit.

Dec. 29, 2011.

John W. Degravelles, Degravelles, Palmintier, Holthaus & Fruge, Frank Tomeny, III, Esq., Tomeny & Fisher, Baton Rouge, LA, Lee A. Archer, Esq., Law Office of Lee A. Archer, Lake Charles, LA, for Plaintiff–Appellant.

Michael B. North, Esq., Robert Michael Kallam, Esq., Edward F. Kohnke, IV, Esq., Preis & Roy, A.P.L.C., New Orleans, LA, Edwin G. Preis, Jr., Esq., Preis & Roy, A.P.L.C., Lafayette, LA, for Defendant–Appellee.

Before BENAVIDES and PRADO, Circuit Judges, and ALVAREZ,* District Judge.

PER CURIAM: **

AFFIRMED. See 5TH CIR R. 47.6.

* District Judge of the Southern District of Texas, sitting by designation.

** Pursuant to 5TH CIR R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.